**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

LEONARDO DE JESUS CRUZ CRUZ and
LUIS ALBERTO CRUZ CRUZ,

Petitioners,

v. CIVIL ACTION NO. 3:26-0607

DAVID VENTURELLA,
Acting Director, United States Immigration and Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General,
DAVID KLUEMPER,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**ORDER**

Pending before the Court is a Petition for Habeas Corpus relief filed by Petitioners Leonardo de Jesus Cruz Cruz and Luis Alberto Cruz Cruz. For reasons apparent to the Court, Petitioners' Amended Petition, ECF No. 9, is **GRANTED**, and Respondents' Motion to Dismiss, ECF No. 7, is **DENIED**. A memorandum opinion will follow shortly.[1]

---

[1] The Petition was initially filed as a next friend petition. Pet., ECF No. 1.

Respondents are **ORDERED** to **PROMPTLY RELEASE** Petitioners **Leonardo de Jesus Cruz Cruz** and **Luis Alberto Cruz Cruz** on the sidewalk at the front entrance of the Federal Courthouse in Huntington, WV, no later than **Today, October 6, 2026, at 1:00 PM**. Respondents are **DIRECTED** to provide reasonable notice of at least **two hours** to Petitioners' counsel of the anticipated time and place of Petitioners' release. Respondents are **ORDERED** to facilitate the prompt return of all property seized incident to Petitioners' detention, including legal documents. Respondents shall file a notice of compliance with the Court.[2]

The Court **ORDERS** that Respondents are **PROHIBITED** from re-arresting and detaining Petitioners under 8 U.S.C. § 1225 and are **PROHIBITED** from re-arresting and detaining Petitioners under 8 U.S.C. § 1226(a) absent notice, a reasonable opportunity to obtain counsel, and a constitutionally adequate custody determination hearing before a neutral and detached decisionmaker. Respondents are **PERMANENTLY ENJOINED** from imposing any conditions or restraints on Petitioners' liberty (including but not limited to an ankle monitor, curfew, or electronic monitoring) without an individualized assessment of the need for such restraints and a pre-deprivation hearing before a neutral and detached decisionmaker.

The Show Cause Hearing previously scheduled Today, October 6, 2026, is **CANCELED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 6, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

---

[2] The Court has already ordered that Petitioners be transported here today at 12:30 PM. Writ, ECF No. 12.